STATE OF CONNECTICUT *v.* MICHAEL HOLUP

The defendant's motion to expedite consideration of his motion for review in the appeal from the Superior Court in New Haven County is denied and this court continues consideration of the defendant's motion for review pending receipt of a finding.

*John R. Williams,* special public defender, in support of the motion.

Submitted October 22—decided November 1, 1974

STATE OF CONNECTICUT *v.* BENJAMIN CARR, JR.

The defendant's "Motion to Suspend Rules and Expedite Appeal" from the Superior Court in New Haven County is denied, the matter now being moot under the rules of practice as amended.

*John R. Williams,* in support of the motion.

Submitted October 22—decided November 1, 1974

MARTIN ROSS ET AL. *v.* BOARD OF ZONING APPEALS OF THE CITY OF NEW HAVEN ET AL.

The defendants' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Thomas F. Keyes, Jr.,* and *William B. Ramsey,* in support of the petition.

*Richard H. Kosinski,* in opposition.

Submitted October 23—decided November 1, 1974